

| | | |
|---|---|---|
| Administration – (217) 753-6855<br>Civil Process/Records – (217) 753-6846 | **WES BARR**<br>#1 Sheriff's Plaza<br>Springfield, IL 62701 | Investigations – (217) 753-6840<br>Corrections – (217) 753-6886 |

SG TRACKING #15- 1979

I, **Donald P. Schuh #4267** certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons. **LEFT AT FRONT DESK OF REGISTERED AGENT.**

| | |
|---:|---|
| Case Number | 4-15CV-1970 |
| Name of defendant | HALSTED FINANCIAL SERVICES,LLC |
| C/O | ☒ Corporation Service Company   ☐ Prentice-Hall Corp   ☐ U.S. Corp |
| Name of other person Summons left with | LaShawn DeVose |
| Sex | Female            Race   White |
| Approx. Age | 40's |
| Date of Service | 03/30/2015            Time   10:23 am |
| Address at which paper was served | 801 Stevenson Drive<br>Springfield, IL 62703-4261 |
| Service fees | ☒ $42.00 or ☐ $82.00 |

Wes Barr, Sheriff of Sangamon County

By _____, Civil Process Officer

**IN PARTNERSHIP WITH THE COMMUNITY**

AO 440 (Rev. 12/09) Summons in a Civil Action

15-1979

4

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| AMY GONZALEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4-15CV-01970 |
| HALSTED FINANCIAL SERVICES, L.L.C. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Halsted Financial Services, L.L.C.
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703



RECEIVED
MAR 23 2015
SHERIFF'S OFFICE
RECORD SECTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/17/15    *Signature of Clerk or Deputy Clerk*

829158